LINDENSTEIN, Appellant, v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES et al., Respondents. (Supreme Court, Appellate

Division, First Department. June 28, 1898.) Action by Simon M. Lindenstein against the Equitable Life Assurance Society of the United States, impleaded. Henry Brill, for appellant. Allan McCulloh, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.